**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-1108**

─────────────

RUTH LIDDELL,

Plaintiff - Appellant,

versus

FAIRFAX HOSPITAL,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge.  (CA-99-1453-A)

─────────────

Submitted:  May 11, 2000          Decided:  May 16, 2000

─────────────

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Ruth Liddell, Appellant Pro Se. Stephen William Robinson, Christina Antoinette Volzer, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., McLean, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ruth Liddell appeals the district court's order granting Fairfax Hospital's motion to dismiss Liddell's claims filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 1999). Finding no reversible error, we affirm.

Because Liddell failed to raise her claims of national origin and gender discrimination before the EEOC, we find that the district court correctly dismissed these claims for failure to exhaust administrative remedies. See Evans v. Technologies Applications & Serv. Co., 80 F.3d 954, 962-63 (4th Cir. 1996) (holding that "allegations contained in the administrative charge of discrimination generally operate to limit the scope of any subsequent judicial complaint"). We also find that the district court correctly dismissed Liddell's claim of disability discrimination in light of her admission that she was not disabled (and her failure to show that she was regarded as disabled) at the time of her termination.

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2